Patrick T. Derksen (State Bar Id No. 023178)
Theodore P. Witthoft (State Bar Id No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: pderksen@wdlawpc.com
Email: twitthoft@wdlawpc.com

Attorneys for Chapter 7 Trustee, Jill H. Ford

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| JUAN NUNEZ, | Case No. 2:13-bk-16770-EPB |
| Debtor. | Adversary No. 2:15-ap-00696-EPB |
| JILL H. FORD, Trustee, | **AFFIDAVIT OF SERVICE** |
| Plaintiff, | |
| v. | |
| JUAN NUNEZ, | |
| Defendant. | |

STATE OF ARIZONA )
                 ) ss.
County of Maricopa )

Aimee Bourassa, being first duly sworn, deposes and states as follows:

1. I am a citizen of the United States, over the age of 18 years, and a resident of Maricopa County, Arizona;

2. I am not a party in the above-captioned proceedings; and

3. On August 28, 2015, I caused to be deposited in the United States mail at Phoenix, Arizona, in a sealed envelope with postage thereon prepaid via certified and first-class mail, a copy of the Summons and Complaint to the following parties:

> Juan Nunez
> 4112 N. 106th Dr.
> Phoenix, Arizona 85037
> Debtor/Defendant
>
> Joshua Blake Mayes
> Mayes Telles PLLC
> 3770 N. 7th Street, Suite 100
> Phoenix, Arizona 85014
> Attorney for Debtor

_____
Aimee Bourassa

SUBSCRIBED AND SWORN to before me this 28 day of August, 2015, by Aimee Bourassa.

_____
Notary Public

My Commission Expires:



PATRICIA HINES
Notary Public, State of Arizona
Maricopa County
My Commission Expires
October 28, 2018

10/28/18