Patrick T. Derksen (State Bar I.D. No. 023178)
Theodore P. Witthoft (State Bar I.D. No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: pderksen@wdlawpc.com
Email: twitthoft@wdlawpc.com

Attorneys for Chapter 7 Trustee, Jill H. Ford

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>JUAN NUNEZ,<br><br>           Debtor.<br><br>JILL H. FORD, Chapter 7 Trustee,<br><br>           Plaintiff,<br>vs.<br><br>JUAN NUNEZ,<br><br>           Defendant. | Chapter 7<br><br>Case No. 2:13-bk-16770-EPB<br><br>Adversary No. 2:15-ap-00696-EPB<br><br>**TRUSTEE'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST JUAN NUNEZ** |

      The plaintiff and Chapter 7 trustee, Jill H. Ford ("Plaintiff" or "Trustee"), by and through her attorneys, Witthoft Derksen, P.C., hereby submits her Motion for Entry of Default Judgment ("Motion") against Defendant Juan Nunez ("Debtor" or "Defendant"), pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure made applicable by Rule 7055 of the Federal Rules of

Bankruptcy Procedure. This Motion is supported by the accompanying Memorandum of Points and Authorities and the entire record before the Court, all of which are incorporated herein by this reference.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On September 25, 2013 ("Petition Date"), the Debtor filed his voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

2. On August 25, 2015, the Trustee filed a Complaint (the "Complaint") against Debtor for revocation of Debtor's discharge, pursuant to 11 U.S.C. § 727.

3. The Court issued a Summons ("Summons") for Debtor on August 26, 2015.

4. On August 28, 2015, service of Plaintiff's Summons and Plaintiff's Complaint were made pursuant to Rule 7004(b)(7), Federal Rules of Bankruptcy Procedure, by sending a copy of the Summons and the Complaint via certified mail, return receipt requested, to the Debtor and his counsel at the addresses listed in the Affidavit of Service filed in this adversary proceeding at Docket No. 4.

5. Pursuant to Bankruptcy Rule 7012, Debtor shall serve an answer within thirty days after the issuance of the Summons.

6. Plaintiff's service of the Summons and Complaint was proper pursuant to Bankruptcy Rule 7004(b)(7). Debtor had thirty days under this statute to file an answer and that time has passed.

7. On September 28, 2015, the Trustee filed an Application for Default ("Application") at Docket No. 5 and an Affidavit in Support of Trustee's Application for Default at Docket No. 6.

8. The Court entered default against Debtor on September 29, 2015 at Docket No. 7.

9. As proof that Plaintiff is entitled to the relief requested in the Complaint, Plaintiff relies on the allegations set forth in the Complaint.

10. Debtor has not answered the Complaint or otherwise appeared in this adversary proceeding.

11. Because Debtor has failed to answer or appear in this adversary proceeding and is in default, the matters alleged against Debtor in the Complaint are deemed true.

12. The Complaint alleges facts sufficient to support the Court's entry of default judgment, revoking Debtor's discharge, pursuant to 11 U.S.C. § 727(d)(3).

WHEREFORE, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure made applicable by Rule 7055 of the Federal Rules of Bankruptcy Procedure, the Trustee requests entry of judgment by default, revoking Debtor's discharge, pursuant to 11 U.S.C. § 727(d)(3).

Respectfully submitted this 29th day of September, 2015.

**WITTHOFT DERKSEN, P.C.**

By /s/ Patrick T. Derksen        #023178
   Patrick T. Derksen
   Theodore P. Witthoft
   Attorneys for Jill H. Ford, Trustee

| | |
|---|---|
| 1 | Copy of the foregoing *e-mailed/mailed |
| 2 | this 29th day of September, 2015, to: |
| 3 | *Larry Watson |
| 4 | United States Trustee |
| | 230 North First Avenue, Suite 204 |
| 5 | Phoenix, Arizona 85003-1706 |
| | Larry.Watson@usdoj.gov |
| 6 | |
| 7 | *Jill H. Ford |
| | P. O. Box 5845 |
| 8 | Carefree, Arizona 85377 |
| 9 | Chapter 7 Trustee |
| | jford@trustee.phxcoxmail.com; AZ31@ecfcbis.com |
| 10 | |
| 11 | Juan Nunez |
| | 11182 W. Holly Street |
| 12 | Avondale, Arizona 85392 |
| 13 | Debtor |
| 14 | *Joshua Blake Mayes |
| | Mayes Telles PLLC |
| 15 | 3770 N. 7th St., Suite 100 |
| 16 | Phoenix, Arizona 85014 |
| | Attorneys for Debtor |
| 17 | martha@mayestelles.com |
| 18 | /s/ Aimee Bourassa |